

FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB 19 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0141                          DATE: 2/19/2015
COA #: 12-13-00005-CV        TC#: 2012-876-A
STYLE:  THE GOOD SHEPHERD HOSPITAL, INC.
    v.  RONALD MASTEN AND CHARLENE MASTEN

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **February 20, 2015**.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702